Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS J. KRYGOWSKI            )   No. EDCV10-1709 RZ
                               )
              PLAINTIFF,       )
                               )
         v.                    )   [PROPOSED] ORDER AWARDING
                               )   EAJA FEES
MICHAEL J. ASTRUE,             )
COMMISSIONER OF SOCIAL         )
SECURITY,                      )
                               )
              DEFENDANT.       )

_____

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
and for cause shown,

        IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the

Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND

DOLLARS and 00/100's ($5,000.00) plus costs in the amount of THREE

HUNDRED FIFTY dollars ($350.00) as authorized by 28 U.S.C. § 2412(d), and

subject to the terms and conditions of the Stipulation.

DATED: January 25, 2012

        _____

        HONORA
        UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

– 1