Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. KRYGOWSKI <br><br> PLAINTIFF, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> DEFENDANT. | No. EDCV10-1709 RZ <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), ~~and for cause shown,~~

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND DOLLARS and 00/100's ($5,000.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00) as authorized by 28 U.S.C. § 2412(d)~~, and subject to the terms and conditions of the Stipulation~~.

DATED: January 25, 2012

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1